NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BLACKLIDGE EMULSIONS, INC.,**
*Appellant*

**v.**

**ASPHALT PRODUCTS UNLIMITED, INC.,**
*Appellee*

———————————

2019-1349, 2019-1350

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-01241, IPR2017-01242.

———————————

**JUDGMENT**

———————————

JOHN FRANCIS TRIGGS, Patterson Intellectual Property Law, PC, Nashville, TN, argued for appellant. Also represented by MARK ANDREW KILGORE, RYAN D. LEVY, SETH R. OGDEN, WILLIAM E. SEKYI.

MICHAEL K. LEACHMAN, Jones Walker LLP, Baton Rouge, LA, argued for appellee. Also represented by ROBERT WADDELL, Lafayette, LA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 December 26, 2019                  /s/ Peter R. Marksteiner
             Date                          Peter R. Marksteiner
                                           Clerk of Court